# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CR1** |
| | ) | |
| **vs.** | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **JOSHUA HOLLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 34).  The Court, being duly advised in the premises, finds said Motion should be sustained.

**IT IS ORDERED:**

1.   Leave of Court is granted for the United States to dismiss, without prejudice, the Superseding Information filed herein as to the Defendant, JOSHUA HOLLE.

2.   The Superseding Information filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, JOSHUA HOLLE.

DATED this 21st day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge